UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 17 2018 ★

LONG ISLAND OFFICE

Tracy Marino on behalf of herself
and all others similarly situated,

No. 17-7538

Plaintiff,

v.

C-Tech Collection Inc.

Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

S/ JOSEPH MAURO
Joseph Mauro, Esq.                       7-16-18
306 McCall Ave.                          Date
West Islip, NY 11795
Attorney for Plaintiff

S/ Arthur Sanders                        7-16-2018
**Arthur Sanders**                       Date
Barron & Newburger, P.C.
30 South Main Street
New City, NY 10956-3515

*The Clerk of the Court shall close the case.*

**SO ORDERED**

*Joseph Bianco*

Joseph F. Bianco
USDJ

July 17, 2018

Central Islip, N.Y.